**THE LAW OFFICES OF ROBERT M. FOX**
630 Third Avenue
New York, New York 10017
Tel: (212) 867-9595
Fax: (212) 949-1857

August 3, 2010

**Via Mail**
To all interested parties

    Re: Media Services Acquisition Corp.
       Case No. 10-13396

  Please be advised that we represent the Debtor, Media Services Acquisition Corp., in the above referenced Chapter 11 case. Upon the consent of the United States Trustee, the Section 341 meeting for the above debtor has been adjourned from August 11, 2010 to September 8, 2010 at 2:30 PM. We apologize for any inconvenience.

               Very truly yours,

               Robert M. Fox, Esq.

cc: service list